# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

L&M TRANSPORTATION SERVICES, )
INC., )
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
v. )CIVIL ACTION 18-0366-WS-MU
　　　　　　　　　　　　　　　　　　)
JAMES EDWARD MCCURLEY, II, )
　　　　　　　　　　　　　　　　　　)
　　　Defendant. )

## ORDER

This action was recently transferred from the Eastern District of North Carolina on the defendant's motion brought under 28 U.S.C. §§ 1391 and 1404. According to the defendant, he is a resident of Opp, Alabama, and all his business activity with the plaintiff – including the activity giving rise to the instant lawsuit – was conducted from his office in Alabama. (Doc. 25 at 61-62, 65-66, 75-76, 106). Although his materials do not specifically say so, it appears that the defendant's office is in Covington County, since that is where he signed his contracts with the plaintiff and that is where Opp is located. (*Id*. at 75). The defendant sought transfer to the Southern District of Alabama. (*Id*. at 56).

The District Judge understood from the parties' briefing that the defendant's working relationship with the plaintiff, including the signing of the parties' agreement, occurred in the Southern District of Alabama. On that basis, he found venue to be proper in this District pursuant to Section 1391(b)(2), and he further found both that the interests of justice would best be served by transfer to this District pursuant to Section 1406(a) and that transfer was appropriate pursuant to Section 1404(a). (Doc. 25 at 131-32).

The parties appear to have assumed that Covington County is in the Southern District of Alabama. On the contrary, Covington County is in the

Middle District of Alabama.  28 U.S.C. § 81(b)(1).  Accordingly, the parties are **ordered** to show cause, on or before September 6, 2018, why this action should not be transferred to the Middle District of Alabama.

DONE and ORDERED this 23rd day of August, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
